# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PAUL RIZZUTO

NO. 2020 KW 0902

**NOVEMBER 6,2020**

---

In Re:  Paul Rizzuto, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, Nos. 593102, 593103, 593104, 593105, 593106, 593107, 593108, 593109.

---

**BEFORE:  HIGGINBOTHAM, THERIOT, AND WOLFE, JJ.**

**WRIT DENIED.**

**TMH**
**MRT**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT